**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7284**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEVIN BATTLE,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Ellen L. Hollander, District Judge.
(1:11-cr-00110-ELH-1; 1:13-cv-03564-ELH)

Submitted:  December 18, 2014      Decided:  December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kevin Battle, Appellant Pro Se.  Christopher M. Mason, Special
Assistant United States Attorney, Michael Clayton Hanlon,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Battle appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Battle's informal brief does not challenge the basis for the district court's disposition, Battle has forfeited appellate review of the court's order. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED